UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSABELA VITORINO | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | :20-cv- |
| v. | ) | |
| | ) | |
| TARGET STORES, INC. | ) | |
|    Defendant | ) | JUNE 10, 2020 |

## DEFENDANT TARGET STORES, INC.'S NOTICE OF REMOVAL

**To the Judges of the United States District Court for The District of Connecticut:**

    The Defendant Target Stores, Inc., by and through its undersigned counsel, and pursuant to 28 U.S.C.A. §§1332(a) and 1441 hereby removes this action from the Superior Court, Judicial District of New Haven, State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

(1)    The Plaintiff served an action against Defendant Target Stores Inc., on or about May 11, 2020, filed on May 14, 2020, entitled <u>Rosabela Vitorino v. Target Stores, Inc., NNH-CV-20-6104004-S</u>, bearing a return date of June 9, 2020 and made returnable to the Judicial District of New Haven at New Haven.  A copy of the Summons and Complaint is attached hereto as Exhibit "A".

(2)    In the Complaint, the Plaintiff Rosabela Vitorino asserts claims for common law negligence and carelessness against the Defendant alleging that the Plaintiff Rosabela Vitorini sustained physical injuries and damages when she allegedly slipped and fell in the Target store in North Haven, Connecticut on May 15, 2018.  The Plaintiff is claiming physical injuries, some of which are stated to be "permanent", that include injuries to her neck, right shoulder, right hand, wrist and right hip. Although liability and damages are disputed by the Defendant, any award in

favor of the Plaintiff could potentially exceed the jurisdictional threshold of $75,000 given the claims made by the Plaintiff as set forth in the Complaint.

(3)     Target Stores, Inc. is a Minnesota corporation with a principal place of business in Minneapolis Minnesota.

(4)     Plaintiff Rosabela Vitorino a resident, citizen and is domiciled in North Haven, Connecticut.  She provided an address of 1037 Hartford Turnpike, North Haven, Connecticut on the Summons dated May 5, 2020 and filed on May 14, 2020.

(5)     The Court has jurisdiction in the above-captioned matter, pursuant to 28 U.S.C.A. § 1332(a)(1), in that the matter is between citizens of different states and the amount in controversy potentially exceeds the sum or value of $75,000.00 based upon the claims made by the Plaintiff.  Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A. §§ 1332 and 1441.

(6)     This Notice of Removal is being filed within thirty (30) days of Defendant being notified of this lawsuit and Defendant Target Stores, Inc., has complied with all requirement of 28 U.S.C.A. §1446.

WHEREFORE, Defendant Target Stores, Inc, respectfully requests that the above action be removed from the Superior Court, Judicial District of New Haven, State of Connecticut, to this Honorable Court.

        DEFENDANT TARGET STORES, INC.

        __/s/ Dawn Neborsky_#27985_____
        Dawn M. Neborsky, Esq.
        Bonner, Kiernan, Trebach & Crociata
        40 Court Street
        Boston, MA 02108
        Fed. Bar No. 27985
        617-426-3900
        dneborsky@bonnerkiernan.com

**CERTIFICATE OF SERVICE**

      This is to certify that on this 10th Day of June 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated don the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Michael W. Cahill, LLC
43 Trumbull Street
New Haven, CT 06511


                                                     */s/ Dawn M. Neborsky*
                                                     Dawn M. Neborsky

# EXHIBIT A