# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**See other side for instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | ( 203 ) 503-6800 | June 9, 2020 |

| ☒ Judicial District  ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349): New Haven | Case type code (See list on page 2) Major: T   Minor: 03 |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code): Michael W. Cahill, 43 Trumbull Street, New Haven, CT 06511 | Juris number (to be entered by attorney only): 408084 |
|---|---|

| Telephone number (with area code): ( 203 ) 777-9900 | Signature of Plaintiff (If self-represented): |
|---|---|

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes  ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to): mikecahilllaw@gmail.com |
|---|---|---|

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Vitorino, Rosabela  Address: 1037 Hartford Turnpike, North Haven, CT 06473 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Target Stores, Inc.    Agent for Service: CT Corporation System  Address: 200 Universal Drive N, North Haven, CT 06473    Agent Address: 67 Burnside Ave, East Hartford, CT 06108 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left: Michael W. Cahill | Date signed: 05/05/2020 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| | | |
|---|---|---|
| RETURN DATE: JUNE 9, 2020 | : | SUPERIOR COURT |
| ROSABELA VITORINO | : | J.D. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| TARGET STORES, INC. | : | MAY 5, 2020 |

## COMPLAINT

1. At all times mentioned herein, the plaintiff, Rosabela Vitorino, was a resident of North Haven, Connecticut.

2. At all times mentioned herein, the defendant, Target Stores, Inc., was a corporation licensed to due business in the State of Connecticut with a place of business located at 200 Universal Drive N, North Haven, Connecticut.

3. At all time mentioned herein, the defendant was in the business of selling consumer products and was acting through its agents, servants and/or employees.

4. At all times mentioned herein, the plaintiff was lawfully on the defendant's premises located at 200 Universal Drive N, North Haven, Connecticut.

5. At all times mentioned herein, the defendant maintained, controlled and possessed the premises at 200 Universal Drive N, North Haven, Connecticut.

6. On May 15, 2018 at approximately 5:00 p.m., the plaintiff entered the defendant's premises to purchase goods.

7. While in the defendant's premises, the plaintiff walked in the produce aisle and she slipped and fell on a slippery liquid, striking the floor, resulting in serious and painful injuries to the plaintiff as hereinafter set forth.

8. The accident was due to the negligence and carelessness of the defendant, through its agents, employees and servants in one or more of the following ways:

    (a) in that they failed to make a proper and reasonable inspection of their floor to be sure it was free of all slipping hazards;

    (b) in that they failed to warn the plaintiff of the slippery and hazardous conditions;

    (c) in that they failed to inspect their refrigerators/coolers which created dangerous and slippery conditions to their flooring;

    (d) in that they allowed their flooring to remain in a slippery, dangerous and unsafe condition;

    (e) in that they failed to maintain their premises in a reasonably safe condition;

    (f) in that they knew or should have known the refrigerators/coolers were leaking or causing water to leak into the aisle and failure to correct the leaks.

9. As a result of the carelessness and negligence of the defendant, the plaintiff sustained serious and painful injuries some of which may be permanent in nature, including but not limited to the following:

    a. Musculoligamentous sprain/strain of the cervical spine;

    b. Post concussion symptoms;

    c. Sprain/strain of the right shoulder;

    d. Sprain/strain of the right hand and wrist;

    e. Pain and abrasion of the right hip.

10. As a direct and proximate result of the plaintiff's injuries, plaintiff has incurred and will incur expenses for medical care.

11. As a further result of the plaintiff's injuries, plaintiff has and will endure substantial pain and suffering, loss of sleep, severe anxiety and continual discomfort.

12. As a further result of the plaintiff's injuries, plaintiff's physical activities and leisure time pursuits have been impaired, interrupted and/or permanently diminished.

WHEREFORE, the plaintiff claims:

1. Compensatory damages.

2. Any such other relief in equity or law as the Court deems appropriate.

FOR THE PLAINTIFF,
ROSABELA VITORINO

By: _____
Michael W. Cahill
Law Offices of Michael W. Cahill, LLC
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000
Juris No. 408084

| | | |
|---|---|---|
| RETURN DATE: JUNE 9, 2020 | : | SUPERIOR COURT |
| ROSABELA VITORINO | : | J.D. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| TARGET STORES, INC. | : | MAY 5, 2020 |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest, or property in demand under this Complaint is greater than Fifteen Thousand Dollars ($15,000.00), exclusive of interests and costs.

FOR THE PLAINTIFF,
ROSABELA VITORINO

BY: _____
Michael W. Cahill

5

THE LAW OFFICES OF
**MICHAEL W. CAHILL, LLC**
43 TRUMBULL STREET   NEW HAVEN, CONNECTICUT 06511   TELEPHONE: (203) 777-9900   FACSIMILE: (203) 777-8848