UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSABELA VITORINO | : NO.: 3:20 CV-00803-KAD |
| Plaintiff | : |
| vs. | : |
| | : |
| TARGET STORES, INC. | : |
| Defendant | : DECEMBER 4, 2020 |

## STIPULATION FOR DISMISSAL

    It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to either party.

| | |
|---|---|
| PLAINTIFF,<br>ROSABELA VITORINO | DEFENDANT,<br>TARGET STORES, INC. |
| BY:_____<br>Michael W. Cahill (ct31173)<br>Law Office of Michael W. Cahill<br>43 Trumbull Street<br>New Haven, Connecticut 06511<br>(203) 777-9900<br>mikecahilllaw@gmail.com | BY:___27985_____<br>Dawn M. Neborsky (ct27985)<br>Kiernan Trebach, LLP<br>40 Court Street<br>Boston, MA 02108<br>617-426-3900<br>dneborsky@kiernantrebach.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of December, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dawn M. Neborsky, Esq.
Bonner Kiernan Trebach & Crociata
40 Court Street
Boston, MA 02108
617-426-3900
acharkow@lcbf.com

                                                _____
                                                  Michael W. Cahill